CLARENCE F. KALTENBACH, Respondent, v. ANNA BENISCH and Others, Appellants, and Another, Defendant.— Motion for reargument denied, without costs.

Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ. Motion for leave to appeal to the Court of Appeals denied. Carswell, Davis, Johnston and Adel, JJ., concur; Hagarty, J., dissents.

THE NASSAU COUNTY NATIONAL BANK OF ROCKVILLE CENTRE, Appellant, v. RANDOLPH M. TAYLOR and ARTHUR F. LYNCH, Copartners, etc., Defendants, and ARTHUR C. LYNCH, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.